IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WILLIAM T. TACKER II, ET AL.**                                                    **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO.: 3:14-cv-269-MPM-JMV**

**H. MAX SPEIGHT**                                                                  **DEFENDANT**

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(1)(B) provides, "[a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery **not relevant** to the remand . . . issue and will stay the parties' obligation to make disclosures pending the court's ruling on the motion . . . ." L.U. CIV. R. 16(b)(1)(B) (emphasis added). Because the plaintiff has filed a motion to remand [11], staying certain proceedings is appropriate.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the motion to remand. Should the parties desire to undertake remand related discovery, they should contact the court within seven (7) days hereof for scheduling of same. Plaintiff shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion to remand and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 21st day of January, 2015.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**